COM.

v.

**PITZER, A.**

**1590 WDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–02–CR–0006295–2008 (Allegheny)

Vacated/Remanded

COM.

v.

**MOYE, D.**

**1924 WDA 2016**

Superior Court of Pennsylvania.

09/29/2017

CP–05–CR–0000486–2015 (Bedford)

Vacated/Remanded

COM.

v.

**LYONS, T.**

**125 WDA 2017**

Superior Court of Pennsylvania.

09/29/2017

CP–25–CR–0000360–2016 (Erie)

Affirmed

COM.

v.

**KELLY, M.**

**231 WDA 2017**

Superior Court of Pennsylvania.

09/29/2017

CP–42–CR–0000460–2016 (McKean)

Affirmed

**LAPENZ, P.**

v.

**BRINK, J.**

**245 WDA 2017**

Superior Court of Pennsylvania.

09/29/2017

2012–11716 (Erie)

Affirmed